1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  DEVONTE B. HARRIS, | Case No.: 1:24-cv-01176-CDB (PC) |
| 12       Plaintiff, | ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO RETURN NOTICE OF E-SERVICE WAIVER |
| 13   v. | |
| 14  SEARGENT J. BURNS, *et al.*, | (Doc. 8) |
| 15       Defendants. | |

Plaintiff Devonte B. Harris ("Plaintiff") is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Following screening, this action proceeds on Plaintiff's complaint, filed October 3, 2024, against Defendants CSP Seargent J. Burns, CSP Lieutenant C. Gonzales, CSP Lieutenant E. Munoz, and CSP correctional officers A. Rodriguez and Gregory (collectively, "Defendants") for claims under the First Amendment for retaliation and the Eighth Amendment for excessive force. *See* (Doc. 1).

On September 4, 2025, this Court issued its Order Finding Service Appropriate, directing service of process through the Court's e-service pilot program. (Doc. 6). In relevant part, the California Department of Corrections and Rehabilitation (CDCR) was directed to file the "CDCR Notice of E-Service Waiver" within 40 days (*i.e.*, by October 17, 2025). *Id*. at 2-3.

On October 14, 2025, CDCR filed a timely request for a 14-day extension of time within which to file its waiver form, indicating authorization was pending as to all Defendants. (Doc. 8).

**Conclusion and Order**

Good cause appearing, the request for an extension of time to file the Notice of E-Service Waiver form (Doc. 8) is GRANTED. The notice shall be filed no later than **October 31, 2025**.

IT IS SO ORDERED.

Dated:  **October 15, 2025**

UNITED STATES MAGISTRATE JUDGE